IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-306-D

| | |
|---|---|
| TY ATTEBERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ABBOTT LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

On August 19, 2021, defendant moved to strike paragraphs 33, 34, 37, and 38 of the complaint based on the attorney client privilege [D.E. 12] and filed a memorandum in support [D.E. 13]. On September 9, 2021, plaintiff responded in opposition [D.E. 19]. On September 22, 2021, defendant replied [D.E. 22]. For good cause shown and the reasons in defendant's memorandum of law and reply, the court GRANTS defendant's motion [D.E. 12]. Because paragraphs 33, 34, 37, and 38 of the complaint contain Abbott attorney-client privileged communications, they are hereby stricken. Plaintiff and his counsel shall not disclose any Abbott attorney-client privileged communication in any future pleading or other publicly available court filing.

SO ORDERED. This the 4 day of October, 2021.

JAMES C. DEVER III
United States District Judge